**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOHN KOGER (# L8038)**                                                    **PETITIONER**

**v.**                                                               **No. 1:05CV335-M-D**

**CHRISTOPHER EPPS, ET AL.**                                        **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated March 1, 2007, and the April 4, 2007, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1.      That the Report and Recommendation of the United States Magistrate Judge dated March 1, 2007, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.      That the instant petition for a writ of *habeas corpus* is hereby **DENIED**.

3.      That, in light of this ruling, any motions currently pending in this case are hereby **DISMISSED** as moot.

4.      That this case is **CLOSED.**

THIS, the 17th day of May, 2007.

                                        **/s/ Michael P. Mills**
                                        **UNITED STATES DISTRICT JUDGE**